IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-02643-WYD-MEH

BODYGUARD PRODUCTIONS, INC.,

    Plaintiff,

v.

JOHN DOES 1-9, 11-21,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 8, John Doe 9, John Doe 11, John Doe 12, John Doe 13, John Doe 14, John Doe 15, John Doe 16, John Doe 17, John Doe 18, John Doe 19, John Doe 20, and John Doe 21 and the Case Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on January 25, 2018 (ECF No. 16), it is

ORDERED that the remaining Defendants John Doe 1-9 and 11-21 and this case are **DISMISSED WITHOUT PREJUDICE**.

Dated:  January 29, 2018

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge